E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JOANNA M. CURTIS (Cal. Bar No. 203151)
Assistant United States Attorney
Chief, General Crimes Section
CHRISTOPHER C. KENDALL (Cal. Bar No. 274365)
Assistant United States Attorney
Deputy Chief, International Narcotics,
  Money Laundering, and Racketeering Section
KATHY YU (Cal. Bar No. 268210)
Assistant United States Attorney
Violent and Organized Crime Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0298/2576/2431
     Facsimile: (213) 894-0141
     E-mail:    joanna.curtis@usdoj.gov
                christopher.kendall@usdoj.gov
                kathy.yu@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 22-20-PA |
| Plaintiff, | TRIAL STIPULATION #1 REGARDING CAUSE AND MANNER OF DEATH |
| v. | |
| LUIS ALFREDO DE LA ROSA RIOS, et al., | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Joanna Curtis, Christopher Kendall, and Kathy Yu, and defendant LUIS ALFREDO DE LA ROSA RIOS, both individually and by and through his counsel of

record, Cuauhtemoc Ortega and Waseem Salahi, defendant ERNESTO CISNEROS, both individually and by and through his counsel of record, Karen Goldstein, and defendant JESSE CONTRERAS, both individually and by and through his counsel of record, Michael Crain, hereby agree and stipulate as follows:

1. On January 13, 2022, Los Angeles County Deputy Medical Examiner Marina Kennedy conducted an autopsy on Fernando Arroyos.

2. As part of the autopsy, consistent with her regular practices, Dr. Kennedy prepared diagrams reflecting her forensic examination of Fernando Arroyos. **Government's Exhibit 1** is a true and accurate copy of one of the pages of Dr. Kennedy's diagrams depicting Fernando Arroyos' injuries.

3. Based on the autopsy that she conducted, Dr. Kennedy concluded that Fernando Arroyos' death was caused by a single gunshot wound.

4. Specifically, Dr. Kennedy determined that a single bullet entered Fernando Arroyos' left anterior upper arm and exited through his right posterior torso. Dr. Kennedy determined that the direction of the bullet was left to right, front to back, and downward. This gunshot wound was fatal.

5. The parties agree and stipulate that this stipulation be entered into evidence at trial. This stipulation constitutes conclusive proof of the above matter for all purposes. The parties further agree that this stipulation may be read into evidence at any time during the trial by either party, and that the relevant exhibit identified herein may be admitted and published to the jury

at any time, including while the stipulation is being read into evidence.

IT IS SO STIPULATED.

On behalf of Plaintiff United States of America,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

_____  Dated:  June 19, 2023
JOANNA M. CURTIS
CHRISTOPHER C. KENDALL
KATHY YU
Assistant United States Attorneys

On behalf of defendant LUIS ALFREDO DE LA ROSA RIOS,

_____    Dated: 06/19/23
CUAUHTEMOC ORTEGA
WASEEM SALAHI
Attorneys for Defendant
LUIS ALFREDO DE LA ROSA RIOS

I have read this stipulation and discussed every part of it with my attorneys. I understand the terms of this stipulation, and I voluntarily agree to those terms.

_____    Dated: 06-19-23
LUIS ALFREDO DE LA ROSA RIOS
Defendant

4

1  On behalf of defendant ERNESTO CISNEROS,

3  _/s/ Karen Goldstein_                     Dated: 6/3/23
4  KAREN GOLDSTEIN
   Attorneys for Defendant
5  ERNESTO CISNEROS

7     I have read this stipulation and discussed every part of it
8  with my attorneys.  I understand the terms of this stipulation, and
9  I voluntarily agree to those terms.

11  _/s/ Ernesto Cisneros_                     Dated: 6-3-2223
    ERNESTO CISNEROS
12  Defendant

1  On behalf of defendant JESSE CONTRERAS,

3  _/s/ Micahel Crain_                Dated: May 23, 2023
4  MICAHEL CRAIN
   Attorneys for Defendant
5  JESSE CONTRERAS

7      I have read this stipulation and discussed every part of it
8  with my attorneys.  I understand the terms of this stipulation, and
9  I voluntarily agree to those terms.

11 _CONTRERAS JESSE._             Dated: 5-23-23.
   JESSE CONTRERAS
12 Defendant

6

WARNING: CONTENTS SUBJECT TO PROTECTIVE ORDER. UNAUTHORIZED COPYING OR VIEWING IS SUBJECT TO PUNISHMENT AS CONTEMPT OF COURT.

