# Exhibit A

Hi Judge Anderson , my name is Irma Payan and this letter is to beg. For leniency for my son Jesse Contreras I know my son made a huge mistake. I know he was not in his right mind when this crime was committed and I also know a person lost their life to this crime. I am not here to justify my son actions on the role he played in this incident but one thing I can say my son did not kill or threaten that person in any way. He was just a a wrong place and a wrong time he was out of his mind and body had had not slept for 5 consecutive days . Please please I beg you to have mercy of my son my son is a good person with a huge heart but as every human being make mistakes and unfortunately drugs played a huge role in his mistakes. Please Please this is the cry of a mother asking for mercy for a son.

Thank you,
Irma Payan

# Exhibit B

# marisol ltr

Hi judge Anderson,

My name is Marisol Torres and I am writing this letter on behalf of my brother Jesse Contreras. My brother is a really good guy with a huge heart but like every human being we all make mistakes and unfortunately drugs play a huge role in his mistakes. It all started when he lost his baby boy when he was only 3 months old my brother took the death of his angel so hard that he turned to drugs for comfort before that he had a stable job his car and a normal life in till that tragic day. I know that a person lost there life to this bad incident and there no justification for this crime and I pray for the family of that person but I also know my brother had nothing to do with that yes he was there but he had nothing to do with the actions of the other people and I ask you I beg you to have some leniency for my brother. As he has been thru so much in his life please judge find it in your heart my brother is a good person and has a huge heart as I said it earlier .

Thank you,
Marisol Torres

Case 2:22-cr-00020-PA Document 313-1 Filed 09/04/23 Page 6 of 12 Page ID #:3257

# Exhibit C

August 29, 2023

Dear Judge Andreson

My name is Maira Contreras one of Jesse Contreras older sibling. The reason for this letter is to talk a little bit about my brother Jesse Contreras. He was born on October 30, 1988, special moment for our family welcoming our little brother to this world. Growing up Jesse was wonderful even though I was not raised by my parents because I was raised by my grandmother at a very young age of my life the mother of my father, but I still had the chance to bound with my siblings specially in special occasions birthdays holidays and any other gathering was always wonderful full of love and joy to be around my siblings specially Jesse. He was always the light of the party. Always acting goofy and funny never a sad moment with him. Me and Jesse share a very special bound just the way I share with my other siblings, but Jesse was a little different. I felt love and protected by his side no matter where will be at I felt like I had a human shield. He was just that type of person. The special things I love and enjoy about him when he was a kid, he loves to watch Disney movies, play outside with his skateboard, oh and he love dogs he always had a dog with him. If he will see a dog out in the street best believe Jesse will bring him home to fed it and care for it until someone will come and claim it. Jess had fun and joyful childhood. He always had a smile in his little face. His teen years not as bad. He was like any regular teen, he will be home all the time he never missed a curfew, even though my mom was a single parent at some point she new how to control my siblings even Jesse just because he was the youngest of 5 he knew what was good from wrong, always so helpful and respectful to anyone. We started to have kids at a young age well my older sister she became a mother at the age of 16 and the best baby sister we had at home was Jesse he never complains or got upset he love bounding with all his nieces and nephews. We will get them dress and ready for a park day and that will be an everyday thing he will do with the kids. Kids love being around him. When he because a dad for the first time his world totally changed. There was not a moment or time that he didn't want to be with his son. He never left his side ever since he was born. He face was full of so much joy and happiness. I never had seen my brother that in my entire life. But that happiness didn't really last for long we lost our nephew when he was about to be 4 to 5 months and that really destroy my brother life. He when into a depression that he chooses to drink more and party Way more than usual. He didn't care about his self at that time even though he had family that always was them to support him. For him nothing matter. Then after a year or so he got the news that he was going to become a dad for the second time. At first, I think he was scared to except it and realized that God had send him a blessing, but he did he welcome that baby to this world with so much love that he was over protected with him. Not even the sun light could hit him because dad was always there. Everything was so prefect for Jesse he had his family his good car his good job but then, the separation of him and his baby mother came were he had to move in with me, my kids and my grandmother. Which I was caring for after she had stroke. When it was time for me to return to work Jesse was the one that help me care for our grandmother, she was receiving therapy so she could get stronger to walk all over again and fed herself, but Jesse was the one always doing everything for her till the very last days of her life we lost her. That was a huge impact in our life's because she our grandmother was the greatest person in the world were here home was every one home. Never new if she was mad because she was had a smile in her face. The pass of my grandmother really impact Jesse life were he honestly that when

life was a whole changer for him he definitely started to drink even more and started to use drugs were their days of the week that I wouldn't see him for days even weeks but I knew at that point we had lost our brother to the bad habits and we were not able to help him even though we all try so much for him to change his life nothing matter to him but just to be out with the wrong crow. The times he will come over my home we will talk about life and try to convince him that the life he was living was not healthy or good. He had a son he needed to do good for. Honestly drugs were taking over my brother. I will cry to him and beg him to change. The situation Jesse is in impacted my entire life. From him being my baby brother to becoming my daughter godfather to loosing him to the streets and now to the system. It's a big life changer for me for my family, for my parents. I blame myself for not trying a little bit harder to prevent from my brother to be lost in the system. Life is not the same with out him. Our home is not the same. I sit there in the couch looking at the door waiting for him to walk in those doors and tell me sis am home you don't need to be sad or cry any more, but I know he went be home from years from now. To just know the years my brother is going to be gone from home hurts a lot. I understand he was with the wrong people at the wrong time and made a choice of life that can't not be taken back, there was a life taken away that should of. On behave of my self and our family we would like to send our condolence to the family of the officer that his life was taken away all because of mistake that should have never been done I know my words will not bring him back, but I will like for his family to know that my brother is not a monster. He is human that was taken by the drugs he was on. I know if my brother had a second chance in life, he would have not chosen to be out there. To close this letter I will like to ask for forgiveness in behalf of my brother Jesse Conteras. I hope he comes home soon to his family to his son to his parents.

sincerely,

Maira Contreras

p.s I love you bro keep strong our lord is by you side and he will protect you from all harm remember am always going to be here for you even though its going to be years from now that you will feel freedom but I will definitely be their. We all love you and miss you little bro

# Exhibit D

Roxanne Campos, LVN
8628 Virginia Ave
South Gate California 90280
Camposroxanne277@gmail.com;(213)317-9994

08/29/23

Honorable Percy Anderson
United States District Judge
First Street Courthouse
350 W. 1st Street
Los Angeles, California 90012

Your Honor,

My name is Roxanne Campos. I am writing to you about my dear friend and former boyfriend, Jesse Contreras.

I would like you to know aspects of Jesse's life and his personal characteristics.

I've known Jesse for about 10 years. During three of those years, I was his girlfriend. Throughout the time I have known him, he always demonstrated kindness, compassion and a deep sense of loyalty.

Jesse and I began dating in 2014, a few years after the death of his young son. One of the reasons we quickly connected was because I had lost my own infant daughter as a result of stillbirth. Jesse and I were able to love, support and genuinely care for one another in the midst of our mutual grief, which few others could understand who had not experienced such a loss.

During the first year of our relationship, I decided to pursue my nursing career while working 12-14 hour shifts. I was a full time student and single mom to a high school sophomore, and there were many times when I wanted to give up. During those difficult times Jesse always supported me by keeping me focused and motivated ,always reminding me that I would make it to the goal line.

Before I met Jesse, I was involved in a very abusive relationship that had destroyed my confidence and self-worth. Jesse's constant encouragement made me belief in myself and helped me to regain my confidence.

On one occasion during my clinicals, Jesse provided crucial support to me which enabled me to perform a medical procedure that I feared I could not do properly. In addition to helping me, he always encouraged my teenage son to go to school and live responsibly.

During those difficult years when I felt the weight of the world on my shoulders and I coudn't see my way forward, Jesse helped me remain calm and taught me how to not allow myself to become bitter towards anyone else for their hurtful actions taken towards me. Without Jesse's support, I'm certain my life wouldn't have turned out the positive way it has. Unfortunately, when Jesse and I went separate ways, although we remained on good terms, he dealt with his hurt by giving in to his long-term drug addiction, which spiraled out of control.

I also saw that Jesse was very loving towards his family members. He served as a patient and kind caretaker for his paralyzed brother Robert, who was unable to do the most basic things for himself. He also encouraged his nieces to live up to their potential. His surviving son was living with the child's mother, and Jesse loved him and tried to spend as much time as he could with him, helping his son grow, knowing he had a father who cared very much for him. I also know that, before his grandma passed away, Jesse cared for her as best he could.

I finished my clinicals and obtained my license in vocational nursing. I watched my son graduate high school with high honors and go away to college. I thank Jesse for helping me to achieve inner peace and self-worth, and to accomplish my professional goals, and I also thank him for the encouragement he gave my son.

I write this letter because I think it is important that the many fine characteristics which Jesse has demonstrated to me and others are recognized.

Thank you for your consideration of my letter.

Respectfully,
Roxanne Campos, LVN