Waseem Salahi (Bar No. 325362)
Deputy Federal Public Defender
321 East Second Street
Los Angeles, CA 90012-4202

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:22-cr-00020-PA-1 |
| v. | |
| LUIS ALFREDO DE LA ROSA RIOS, | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

Exhibit 1 (Sentencing Video) in Support of Luis Alfredo De La Rosa Rios's Sentencing Memorandum

**Reason:**

☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

12/04/2023
Date

Waseem Salahi
Attorney Name

Luis Alfredo De La Rosa Rios, Defendant
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)   **NOTICE OF MANUAL FILING OR LODGING**