# EXHIBIT 1

"Lodged Manually. Item not conducive to e-filing."