# EXHIBIT 2

**"Psychological Evaluation, Filed Under Seal"**