# EXHIBIT 3

November 29, 2023

Dear Judge Anderson,

My name is Yadira Robles, and I am the mother of Luis Rios's three daughters. I am writing in hopes that you will take a moment to consider my letter at the time of sentencing.

I have known Luis half my life—we met when we were both only fifteen years old. At that time, each of us was experiencing difficult moments of instability and complicated family relationships. We were both jumping from home to home until my family finally took us in. Luis and I comforted and protected each other, and ultimately, we had a 13-year relationship and a family.

People that don't know Luis, know about the crime, but not about his character. Luis is kind, generous, loving, hardworking and responsible. During the time that I have known Luis, there have been numerous times that Luis has gone out of his way to help others. For instance, when Luis found out his friend was homeless, Luis provided food, temporary shelter, and took him to work to earn an honest living. Also, when Luis' childhood friend was killed, Luis organized a neighborhood carwash to assist the family with funeral expenses. Whenever Luis saw anyone that was unemployed, he took them to his construction job with him. Luis was this way because he had lived thru hardship, and he could relate to people's misfortune.

Although I never asked Luis why he joined a gang, I think he did so because he felt alone and needed support. As an adult, Luis tried to show people a different life away from gangs. Luis dreamed about a different life for himself and his family. When Luis became a father, he devoted himself to working. He worked really hard so that his children had a different life than he did. His daughters were (and are) his world. When Luis and I separated, he continued to be our number one supporter in every sense of the word. He was sole breadwinner. Luis' hard work and dedication to his family allowed me to focus on raising our three little girls.

Luis's actions have caused much pain—pain to the victim's family, pain to his own family, and pain to his daughters. I know Luis has been sitting in jail thinking about all the consequences of that night. I know that he feels guilt and regret. I also know that he misses his daughters and that his daughters miss him tremendously.

Daily life has been difficult without Luis these past two years. I try my best to care for my daughters who are between 4 and 6 years old, but I often feel unsupported without him. As a mother, it also pains me to see my children cry for their father, cry because they cannot touch their father, or cry because they don't understand why their father can't come home. I know that prison time is unavoidable for Luis and I know that he will miss major milestones in his daughters' lives, but I beg for some leniency so that my three daughters can have an opportunity to have their father physically present in their lives.

If Luis were to have an opportunity re-enter the outside world, I would do all that I can to provide the support he needs to be successful. I would be willing to provide a home and his basic necessities. Luis has a family that is willing to support him, please allow us to care for him.

Sincerely,

*Yadira Robles*

Yadira Robles

Dear Judge Anderson,

My name is Erika Pino, and I am the oldest sister of Luis De La Rosa. I am writing this letter to share who my brother is while he awaits sentencing. I know that Luis has committed a very serious offense, but I believe it is crucial for you to understand the person Luis De La Rosa is.

Growing up, my siblings and I experienced many hardships. We were a family of six—my parents, two brothers, a sister, and myself. We were a one-income household so my parents raised us the best they could on a tight budget. My parents separated when Luis was about four years old and I truly believe this affected him more than we thought. My father was very abusive towards my mother, so she thought the separation would be the best for us. Our family was split up. Initially, all the children stayed with my mother, but eventually the siblings were separated, and Luis and I went to live with my mother while my other two siblings went to live with my father.

Since my mother had to work, I was the one looking after Luis after school. Luis struggled through school. I did what I could to help him, but I had school and household responsibilities. Unfortunately, there was not an adult around that could help him. I remember one-time Luis came from school excited about a school project that had to do with his favorite theme Dinosaurs. My mom was too busy and too poor to buy him anything for his project. Luis suggested cutting dinosaurs from his coloring book and that is exactly what we did. We did what we could with what we had. Luis favorite thing was to go to the park and ride his scooter. He also enjoyed watching cartoons with me Saturday morning while we sat and ate cereal.

When Luis turned twelve, he was sent to live with my father in Texas. While there, he lived with my father, his current wife and three step-siblings. My father worked all day and Luis stayed home alone struggling with school. Again, there was no one there to help. While living with my father, he was sent to live in Mexico for some time. Luis was on his own again.

When Luis turned sixteen, he moved back to California with my mother. He was no longer attending school. He started hanging out with the wrong crowd and was later initiated in a gang. Luis saw his gang member friends as just that –friends; maybe even a surrogate family. At around 22- years-old, he had his first daughter Jaylah. Then Kaylah came along and soon after Shaylah. Luis struggled being a new parent. He had no discipline or guidance growing up, so he did the best he could. By this time, however, Luis had developed a drug problem, and he was struggling to keep his young family together.

Luis's life seemed to be spiraling out of control. He struggled to keep jobs. He moved to Texas to get away from his friends and the drugs. In Texas, Luis found a steady job and traveled around the neighboring Texas states doing construction. Luis' move to Texas allowed him to support and spend time with his daughters.. Luis enjoyed taking them to the park, going to Chuck E. Cheese, which was Kaylah's favorite restaurant. Luis would also help braid the girl's hair before school. Another thing the girls enjoyed was painting with their father. When my brother and I FaceTimed, the first thing the girls would show me was the painting and coloring they did with their dad.

In December 2021, Luis came to California to spend Christmas with his girls. He spent the whole time with his daughters and stayed at my mother's house. Luis was able to again do the stuff he enjoyed with his daughters like taking them to the park, movies and of course Chuck E Cheese.

On January 10, 2022 my brother made an unfortunate decision that resulted in someone losing their life.. The choice my brother made has changed so many lives —the lives of the victim's family, his life, the lives of his girls, and the life our family.  My brother now gets to see his girls maybe once or twice per week. My nieces do not understand why their dad is not with them or why they cannot just pick up the phone and call him.

I am well aware of the charges Luis is facing and the consequences for his actions. Luis is genuinely remorseful and regrets the decisions he made that night.

I hope that you can see Luis as the person he was before this terrible mistake and consider my letter before passing on any verdict. I would also like to tell the court that I love my brother and will continue to support him through this ordeal. I will pray for him and everyone involved in this matter. Thank you for your time.

Sincerely,

ERIKA PINO

November 10, 2023

Dear Honorable Judge, my name is Maria De La Rosa Rivera. I'm writting this letter to the judge handling the case of my nephew Luis Alfredo Rios. I'm asking your honor to have consideration at the time of my nephew's sentencing. I understand the situation he ended up in which caused the death of an officer is sad and painful to his family. I know that my nephew Luis A. Rios, is regretting being around the wrong people because he is not the type of person to do harm to no one in anyway. I know it is not fair for me to ask your honor for any sympathy on his behalf. I Maria De La Rosa Rivera, ask your honor to please have consideration for my nephew and hopefully he can be back with his family soon. I want to thank you your honor for taking the time to read my letter. Thank you very much and God Bless You.

With all my respect,
Maria DeLaRosa Rivera

T R A N S L A T I O N

To whom it may concern.

My name is Guadalupe Rios, and I want to ask Your Honor to please take compassion on my nephew, Luis Alfredo Rios de La Rosa. Regarding the time Your Honor will give him, I want to ask Your Honor to take into account he has three little girls who really need him. Luis Alfredo de La Rosa is a very hard working person who works for his daughters, and his only goal was to provide for his daughters as much as he could. Luis never had any problems with the authorities before, he always tried to avoid any problems with the law. Luis is someone who is very hard working and responsible for his daughters. Unfortunately, Luis began spending time with the wrong people, and committed, or was forced to commit a very grave error for which, I am very sure, he has really repented and his life has been destroyed because of this incident. Please take compassion on him.

Thank you,

/S/ Maria Guadalupe Rios.

x Maria Guadalupe Rios

A Quien Concierne

Yo Soy Guadalupe Rios,

Y Kiero pedirle al Juez, que tenga un poco de Consideración Con mi sobrino Luis Alfredo Rios De La Rosa. En Cuanto el tiempo que le den. Espero que el Juez tenga en Cuenta que el tiene 3 niñas que necesitan de el Luis Alfredo Rios Dela Rosa Es esa persona que trabajaba Para su hijas y su unica meta era darle a sus hijas lo mas que el pudiera. Luis nunca avia tenido ningun Problema con la Justicia. y el siempre estaba tratandoce de evitar cualquier Problema Con la Justicia. Luis es una persona muy trabajador y responsable con sus hijas.
Lamentablemente Luis se Junto Con las personas equivocadas y iso oh Isieron una Falta muy Grave al cual yo estoy bien segura que esta bien arrepentido y destrozado x el incidente.
Tenga Conpacion! Gacias - Maria Guadalupe

TRANSLATION

Berenice De la Rosa

Feb. 25, 2022

Honorable Judge.

My name is Berenice de La Rosa, and I am Mr. Luis Alfredo de La Rosa Rios's mother. His date of birth is 02-01-1994.

I am Luis A. Rios De La Rosa 's mother, and I know that my son is a man who's always been helpful to a lot of people. Mr. Luis is very responsible and has always watched over and provided for his three little daughters. As his mother I can tell you he has never been disrespectful to anyone, much less to any member of his family. Luis Alfredo Rios de La Rosa had moved to Houston, Texas to seek a better future for his daughters. He had lived in Texas for about three years. The reason for his visit to California was to spend a few days during Christmas with his family and his little daughters. His only reason for working until very late at night was so his daughter would lack for nothing. His future plans were to be able to buy his daughters at home so they wouldn't have to move from one home to another. I can tell you that my son Luis A. Rios de La Rosa hadn't been in California for a very long time, almost three years, and after that period of time he was no longer active in the gang.  When he came here from Texas in December,  he spent day and night with his daughters, his siblings, his mother and the rest of his family.

Your Honor, I ask that you please take compassion on us, his family, and on his daughters who are three very little girls who are 5, 4 and 2 years old.  They are three little angels, and I besiege Your Honor to take compassion on them;  they constantly ask for their father.   I ask you as a mother who has no hope, I am heartbroken and very sad. Please take compassion on my son. God bless you.

Respectfully,

/S/ Berenice de la Rosa

Feb. 25, 2022

Honorable Juez,

Mi nombre es Berenice De la Rosa. Soy Madre de Sr. Luis Alfredo De la Rosa Rios. Con fecha de nacimiento 02-01-1994.

Soy Madre de Luis A. Rios De la Rosa. Y yo se que mi hijo es un hombre el cual siempre a ayudado a muchas personas el sr. Luis es muy responsable y siempre estuvo al pendiente de sus 3 niñas que tiene. yo como su mama le puedo decir que el nunca me ha faltado el respeto ni le ha faltado mucho menos el respeto a sus familiares. Luis Alfredo Rios De la Rosa es un hombre que se havia ido a Houston texas a buscar mejor porvenir a sus Hijas. el ya tenia casi 3 años viviendo en texas. Su visita a California fue venir a pasar los dias Navideños con su familia e Hijas. A el su unica razon de estar trabajando asta altas horas de la noche es para que a sus Hijas no les faltara nada, el sus planes son poderle conprar a sus hijas una casa para que no anden de casa en casa. yo les puedo decir que mi hijo Luis A. Rios De la Rosa, ha estado fuera

De California por mucho tiempo Casi 3 años y pues el no era persona de estar activo con la Pandilla, Cuando el llego de Texas en diciembre el dedico Dia y noche a sus Hijas hermanos y familiares, Como su mamá le pido que por favor tenga Compacion de sus familiares y sus Hijas que son 3 pequeñas de 5años 4años y 2 años. esas 3 angelitas que lo unico q asen es preguntar por su papá se los pide una madre desconsolada, triste y con el corazon destrozado.

Tengan Misericordia!
Bendiciones.
Atte,
Benni DelaRosa.

T R A N S L A T I O N

September 21, 2023

To whom it may concern.

My name is Carmen de La Rosa.

I want to attest that my nephew is a person who likes to help others whenever he's able to, and he is a good young man. Luis a Rios de La Rosa is my nephew. He is a responsible person who has always watched over his daughters and his family. He is someone who is very respectful and who does not like to offend others He works very hard and likes to spend time with his family. I am asking Your Honor to be fair in your sentence because Luis has three little girls who need their father.

Thank you very much.

/S/ Carmen de La Rosa.

Sep.-21, 2023

Para Quien Concierne!!

Yo Carmen de la Rosa.

Doy mi testimonio q mi sobrino es una persona que le gusta ayudar a las personas cuando el puede. y el muchacho Luis A Rios Dela Rosa que biene siendo mi sobrino el es una persona responsable que siempre a estado al tanto de sus hijas y Familia. una persona muy respetuosa que no le gusta ofender a las demas personas. es un muchacho que le guste trabajar y cuando podia Convivir con la familia. y pues yo les pido que sean Justos con su sentencia y Pues el tiene 3 niñas que necesitan de su papá.

muchas gracias-

Att. Carmen de la Rosa

T R A N S L A T I O N

September 24, 2023

My name is Jose Lora.

I am Luis A. Rios's de la Rosas's uncle. I am sure my nephew is very repentant for the bad decisions he made spending time with those people that he was with. This young man, Luis Rios, is a very responsible person who doesn't cause problems. He likes to spend time with his family and is very responsible with his daughters. I believe, and I am sure, that his intention was never to hurt the person who lost their life. What happened is very painful and unfortunate, but we hope in God and in Your Honor that you will not punish him so harshly in your sentence. Please be fair.

Thank you very much.

Respectfully,

/S/ Jose A Lora.

Sep. 24-2023

Yo soy José Lora

Soy tio de Luis A Rios dela Rosa. yo estoy seguro que mi sobrino esta muy arrepentido de las malas decisiones que tomo al Juntarse con las personas con las que andava el muchacho Luis Rio es persona responsable y no es un hobre problematico. el si le gusta convivir con la familia y es muy responsable con sus hijas- yo pienso y estoy seguro que su intencion no era aserle daño a la persona. que perdio la vida es muy penoso y lamentable lo sucedido pero esperemos en dios que el Juez no le cargue la mano en la sentencia. que sea Josto-

muchas gracias

Atte. José A Lora

## DECLARATION OF INTERPRETER

I, the undersigned say: I am a Spanish/English and English/Spanish Official Court Interpreter certified by the Administrative office of the United States Courts and I h translated the following document from Spanish into English. I declare under penalty of perjury, that to the best of my abilities and belief, this is an accurate, true and correct translation of the Spanish language document.

### DOCUMENT DESCRIPTION

4 sentencing letters regrading Luis A. Rios De la Rosa, form:
1) Berenice De la Rosa, his mother
2) Carmen De la Rosa, his aunt
3) Jose Lora, his uncle, and
4) Maria Guadalupe Rios, his aunt

Executed this  1st day of December , 2023, at Los Angeles, California.

MARIA DOLOREZ MARTIN
Federally Certified Court Interpreter

_____
Signature of Interpreter

Requested BY:  FPD Cuauhtémoc Ortega, DFPD David Menninger
Number of Pages: 4