E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
KATHY YU (Cal. Bar No. 268210)
Assistant United States Attorney
Chief of Ethics and Post-Conviction Review
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2431
     E-mail:    kathy.yu@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 22-20-PA |
|---|---|
| Plaintiff, | GOVERNMENT'S NOTICE OF FILING OF VICTIM IMPACT STATEMENTS |
| v. | |
| LUIS ALFREDO DE LA ROSA RIOS, et al., | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Kathy Yu hereby files three Victim Impact Statements, attached hereto as Exhibits 7, 8, and 9.

| | | |
|---|---|---|
| 1 | Dated: July 26, 2024 | Respectfully submitted, |
| 2 | | E. MARTIN ESTRADA<br>United States Attorney |
| 3 | | |
| 4 | | MACK E. JENKINS<br>Assistant United States Attorney<br>Chief, Criminal Division |
| 5 | | |
| 6 | | ___/s/ KATHY YU_____<br>KATHY YU |
| 7 | | Assistant United States Attorney |
| 8 | | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |