# Exhibit 7

Honorable Percy Anderson,

I am before you as a victim and a survivor of the tragic death of my boyfriend, Fernando Uriel Arroyos. I am re-living the worst day of my life as I gather my thoughts in asking to seek the maximum sentence for the degenerates that took my honey away from us: from his family, from his brothers and sister in blue, from his friends and from me.

Everyone and anyone that had the honor of meeting Fernando would tell you what a beautiful person he was. Most would describe him as a quiet, humble and a well mannered young man. Although, to the few who's trust he gained, he was more than that quiet individual. As my parents and I would frequent him prior to not knowing much about him, we would often say, "That young man loves to talk!'. Little did we know, it was not common for Fernando to open up to others, as he did with us.

Another remarkable personality trait Fernando had was his sense of humor. He could effortlessly make anyone laugh, and it was either because his jokes were funny, or just plain cheesy. Regardless, he managed to always grace us with his humor.  He could make anyone's bad day turn into a good one by giving words of encouragement or by saying a joke or two. And if he himself was having a bad day, he would make an effort to stay in good spirits.

One thing I deeply miss about Fernando is hearing him sing and serenade me. Any chance he could, he sang his heart out: be it behind closed doors, inside the car, or anywhere there was a karaoke machine.  He joked around many times saying, "If the job doesn't work out for me down the line, I'll become a professional  singer!". That would've never happened, though… he had a bright future with LAPD. Yet, he would say that with such certainty and, of course, with a big smile!

I could go on about everything I miss about Fernando; I could go on about what an exceptional being was ripped away from us. However, that causes more anger to arise within me, and makes me question why these worthless defendants are still here and Fernando isn't? There is not an ounce of pity I feel for any of them. And, Sir, I hope you do not show them pity either.

January 10th, 2022, I lost the love of my life. Since that night, my family not only has mourned Fernando's murder, but they have grieved a daughter. Dealing with losing my greatest love has not been easy. Anxiety, depression, post traumatic stress, survivors guilt, to name a few, are words I once thought to be textbook jargon, and non-existent.

Come to realize, it's what I've faced these past 30 months. It's what many survivors and victims of crime face.

Most often, victims of crime are the ones that are scrutinized by society rather than those terrorizing our communities. We get criticized for everything we should've or shouldn't have done to prevent such tragedy. However, many fail to realize elected and appointed officials in LA County have emboldened criminals to continue committing heinous crimes. Criminals continue to cause mayhem because elected and appointed officials turn a blind eye to crime. I couldn't be more grateful to Sheriff Alex Villanueva for bringing this case before the Department of Justice. He is the reason why we are all here today. He did the right thing for Fernando, for his family and I.

What Fernando emulates till this day, and generations to come, is that persistence, perseverance and the willingness to be an integral being to society is achievable; that no matter the circumstances of your environment, you don't have to get lured into gangs, violence nor drugs. Fernando's upbringing was not a walk in the park, he could've gotten lured into the evils of this world, but chose to be better than his surroundings. He decided to wake up everyday and work to make his dreams a reality.

There is no social or economic obstacle to attain the American dream in the United States. For that reason, I am asking you again to show no pity nor mercy to these defendants. They all played a role in taking Fernando away from us. They have blatantly disrespected your courtroom during the preliminary hearings last year. They have exhausted this courtroom's resources enough. These cowards never gave Fernando a chance that night, they ripped Fernando away from us and they should not be shown compassion!

Ideally, I would strive for the punishment for them to be six feet under, I sure wish that comes sooner rather than later wherever it is they serve their time in prison. I know everyone here representing Fernando today yearns to have him with us: whether it's to talk about life with him, whether it's to share a joke or two, or whether to trade places with him. I know I do.

I ask you to think of what Fernando was robbed of; he was one month shy of turning 28 when he was murdered. He would've been 30 years old today. This past June, his academy classmates celebrated 5 years of being sworn LAPD officers. Fernando should've been celebrating that achievement, too! I humbly ask, do not let Fernando's sacrifice be in vain, his life mattered! To all those present today that wear that badge and uniform with pride and honor- their lives matter, too! May the sentencing you grant these defendants be made reference to anyone that dares to attack our peacemakers

and make it known to those that terrorize our communities that actions have consequences.

Thank you.