# Exhibit 8

December 01, 2023

**Re: Fernanado Arroyos**

Honorable Judge,

I am a former Assistant Chief of the Los Angeles Police Department during the time of this tragic and senseless murder. As a 31-year veteran, I have seen tragedy, death, and the impact homicides have on the surviving families and the community.

The senseless nature and traumatic impact of the actions of these three gang members who had a history of terrorizing communities. These senseless crimes detract from the peace and tranquility of residents wanting to be with families, build a better life, and improve communities. These predators sought an easy opportunity to target a young couple seeking the American dream. The actions that led to the robbery and fatal shooting of Fernando forever changed Angie, the community, and the men and women of the LAPD, with whom he was employed as an officer.

Angela Mendoza was present with Fernando the night he was killed. They were house hunting and engaged to be married. Angela personally watched the murder of her fiancé and her future change within minutes. As a result, she suffers from anxiety, nightmares, and insomnia and has not been able to work due to emotional and physical trauma. The loss of her inability to work has caused her financial loss. She has extreme amounts of guilt over Fernando's death as he sacrificed his life while protecting hers.

The murder of Fernando directly impacted his family, friends, and co-workers. This forever changed the opportunity for the Arroyo and Mendoza families to experience the American dream and have a family. The decision of these three violent gang members forever changed lives.

In the law enforcement profession, we seek to help the victims, improve lives, and
protect the innocent. Fernando was part of that profession before his life was
senselessly taken. Fernando was one of those protectors of the communities. He
can no longer protect the community as he was senselessly taken from us.

We have seen an increase in crime, and increased violence, and much of it is attributed to a lack of accountability and minimal incarceration time. Our community must have the confidence that those who terrorize our innocent are not allowed to re-victimize.

I respectfully ask you to impose the maximum penalty to the Defendants in this case due to the nature of the crime and the impact on the victim and the community.

Respectfully submitted,

Al Labrada
Former Assistant Chief
Los Angeles Police Department