# Exhibit 9



To Whom It May Concern,

My name is Nick Wilson, I am a medically retired police officer, and the founder of a nonprofit organization that supports first responder mental health, called The Resiliency Project. Over the last several years, we have supported thousands of officers who have been impacted by societal events, which has also adversely impacted their mental health. We have supported countless families who were impacted by the loss of their police officer family member who have died either on-duty or off duty, sending painful ripple effects through their families and future generations, as well as the entire law enforcement community.

This is also true of Los Angeles Police Officer Fernando Arroyos, who was a victim of a tragic and senseless killing, which occurred in front of his fiancée, as they were planning their future. His family lost a son, his future wife lost her life partner, LAPD lost a brother, and the state and nation lost another hero. While many have lost faith in our system of jurisprudence, I respectfully ask the Court to send a message to the family, friends, and partners of Officer Arroyos, as well as to the entire community that senseless acts of violence by career criminal offenders will not be tolerated, by imposing the maximum sentence in this case.

Incredible stories of LAPD Officer Arroyos and the kind of man he was continue to keep his memory alive. We pray the Court will give justice to this fallen hero and to all those who loved him.

Respectfully Submitted,

Nick Wilson, Founder
The Resiliency Project

The Resiliency Project is a fiscally sponsored project of OneOC - Non-Profit Tax ID# 95-2021700

theresiliencyproject.info/donate    nick@theresiliencyproject.info    The_ResiliencyProject