cc: Records
    Court Reporter

1  Vicki Marolt Buchanan
   State Bar No. 153318
2  19201 Sonoma Highway, No. 243
   Sonoma, California 92660
3  Telephone: (707) 343-1907
   vickimaroltbuchananpc@gmail.com
4
   Attorney for Defendant/Appellant
5  Jesse Contreras

6                    UNITED STATES DISTRICT COURT

7                   CENTRAL DISTRICT OF CALIFORNIA

8                          WESTERN DIVISION

9

10 UNITED STATES OF AMERICA          )  Case No.: 2:22-cr-00020-PA-3
                                     )
11         Plaintiff,                )  Order Allowing Counsel to Obtain
                                     )  Sealed Transcripts
12     v.                            )
                                     )
13                                   )
                                     )
14 JESSE CONTRERAS                   )
                                     )
15         Defendant                 )
                                     )
16                                   )

17       GOOD CAUSE HAVING BEEN SHOWN, the sealed portion of the transcripts
18 from December 8, 2023 and December 13, 2023 be provided to counsel for appellant,
19 Jesse Contreras, for those portions of the sealed transcripts related to Mr. Contreras.
20 IT IS SO ORDERED
21 DATED: August 23, 2024

                                        _____
                                        Percy Anderson
                                        United States District Judge

Order Allowing Counsel to View Sealed Transcripts