# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | CR 22-20 PA -4 |
| Date | September 9, 2024 |

**Present: The Honorable** PERCY ANDERSON, U.S. DISTRICT JUDGE

**Interpreter** N/A

| Kamilla Sali-Suleyman | April Lassiter-Benson | Kathy Yu, AUSA |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 4. Haylee Marie Grisham | | √ | √ | 4. Shaun Khojayan, CJA | √ | √ | |

**Proceedings:**   **SENTENCING** (non-evidentiary)

For the terms and conditions of the sentencing, refer to Judgment and Probation/Commitment Order.

IT IS SO ORDERED.

                                                                                            1  :  17

                                                        Initials of Deputy Clerk    KSS

cc: USPO, PSA, BOP, USMO